United States District Court
Southern District of Texas
**ENTERED**
June 22, 2023
Nathan Ochsner, Clerk

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | § | |
| | § | |
| vs. | § | Case No. 4:23cr079 |
| | § | (FILED UNDER SEAL) |
| DESTINEE GUERRERO | § | |
| Defendant | § | |

## ORDER

Defendant Guerrero's Unopposed Motion to Modify Conditions of Release, ECF No. 54 is **DENIED**. The Defendant shall have no contact with the victim until sentencing, at which the victim may be present if he chooses, and during which the Defendant may make any appropriate statements.

The Court authorizes the motion, ECF No. 54, to be filed under seal. This Order shall not be sealed.

Signed this __22__ day of June, 2023.

Peter Bray
United States Magistrate Judge